UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Fort Pierce Division

**Case Number:09-14149-CIV-MARTINEZ-WHITE**

RAYMOND PERRY,

    Plaintiff,

vs.

DEPUTY CHRISTOPHER JADEN, et. al.,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE WHITE'S REPORT AND CLOSING CASE

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report on Plaintiff's *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983. The Magistrate Judge filed a Report, recommending that this case be dismissed pursuant to 28 U.S.C. § 1915(g) without prejudice to Plaintiff moving to reopen the case upon payment of the full filing fee of $350.00 within ten days of the dismissal of this complaint. The Court has reviewed the entire file and record and notes that no objections have been filed. After careful consideration, it is hereby:

**ADJUDGED** that United States Magistrate Judge White's Report **(D.E. No. 4)** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

    **ADJUDGED** that

    1.    Plaintiff's complaint is dismissed without prejudice to Plaintiff moving to reopen

the case upon payment of the full filing fee of $350.00 within ten days of the entry of this order.

2. This Case is **CLOSED** and all pending motions are **DENIED** as **MOOT**.

DONE AND ORDERED in Chambers at Miami, Florida, this 29 day of May, 2009.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge White
All Counsel of Record
Raymond Perry